UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARVON PAYNE, | No. C 12-3010 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BARRY NEWMAN; et al., | |
| Defendants. | |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 2, 2012

_____
SUSAN ILLSTON
United States District Judge